No. 79–1424. CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA v. LEGAL AID SOCIETY OF ALAMEDA COUNTY ET AL. C. A. 9th Cir. Certiorari denied.

No. 79–1433. MASKENY ET AL. v. UNITED STATES; and
No. 79–1532. DARWIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 609 F. 2d 183.

No. 79–1448. NAGATA BROTHERS FARMS v. AGRICULTURAL LABOR RELATIONS BOARD OF CALIFORNIA (UNITED FARM WORKERS OF AMERICA, AFL–CIO, REAL PARTY IN INTEREST). Sup. Ct. Cal. Certiorari denied.

No. 79–1463. KLINE ET AL. v. BLAKE. C. A. 3d Cir. Certiorari denied.

No. 79–1464. WILLIS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 79–1467. STEVENS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 79–1487. ASHWORTH v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 79–1496. ASSOCIATION OF NATIONAL ADVERTISERS, INC., ET AL. v. FEDERAL TRADE COMMISSION ET AL.; and
No. 79–1501. KELLOGG Co. v. FEDERAL TRADE COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. Reported below: 201 U. S. App. D. C. 165, 627 F. 2d 1151.

No. 79–1509. COMMITTEE TO PROTECT THE FIRST AMENDMENT RIGHTS OF EMPLOYEES OF THE DEPARTMENT OF AGRICULTURE v. BERGLAND, SECRETARY OF AGRICULTURE. C. A. D. C. Cir. Certiorari denied.